IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA

Case No 05-2002-CA-8851

Z CLIFF SINGLETON,

    Plaintiff,

v

ALLIANT CAPITAL, LTD , et al

    Defendants

_____/

## **FINAL JUDGMENT**

This cause having been tried by a jury and verdict found in favor of the counterplaintiffs and against the counterdefendant, for the sum of $3,569,043 00, it is hereby

ORDERED AND ADJUDGED that counterplaintiffs, Alliant Tax Credit VIII, Inc and Alliant Tax Credit Fund VIII, Ltd , whose address is 21500 Oxnard Street, Suite 1200, Woodland Hills, California 91367-4949, recover from defendant, Z Cliff Singleton, the total sum of $3,569,043 00, which total shall bear interest from the date of this judgment as provided by Florida Statute, for which let execution issue It is further

ORDERED AND ADJUDGED that defendant, Z Cliff Singleton, shall complete under oath Florida Rules of Civil Procedure Form 1 977 (Fact Information Sheet), including all required attachments, and serve it on counterplaintiff's attorney within 45 days from the date of this judgment, unless the judgment is satisfied or post-judgment discover is stayed

Jurisdiction of this case is retained to enter further orders that are proper to compel the defendant to complete form 1 977, including all required attachments, and serve it on counter-plaintiff's attorney

DONE AND ORDERED this _28_ day of _January_, 2013

*[signature]*
Honorable Charles M Holcomb
Circuit Judge

Copies to

Z Cliff Singleton
402 La Costa Street
Melbourne Beach, FL 32951-3471

Robert N Clarke, Jr
Ausley & McMullen
123 South Calhoun Street
Tallahassee, FL 32301

Steven M Hogan
Ausley & McMullen
123 South Calhoun Street
Tallahassee, FL 32301

Final Judgment
Case No 05-2002-CA-8851
Page 2 of 2