```
                                              Anderson Brothers Bank                1400
  Potomac Associates, LLC                     Aynor, SC 29511
  700 N Main St                               67-874/532
  Aynor, SC 29511
                                                              1/23/2018

  PAY TO THE    Rita Singleton                             $ **25,000.00
  ORDER OF

  Twenty-Five Thousand and 00/100************************************  DOLLARS

         Rita Singleton

  MEMO                                                    John [signature]
         Fiinal Installment - Lexington and Saddlebrook buyo
                                                          Linda N. Chastain
  ⑆001400⑆  ⑆053206741⑆  650011901⑆
```

    Date    1/31/18   Ck#      1400    Amt        25,000.00

Seq: 23
Batch: 909863
Date: 01/30/18

Seq:00023 01/30/18
BAT:909863 CC:0758109012
WT:01 LTPS:Jacksonville
BC:West Melbourne BC FL0-760

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

    Date    1/31/18   Ck#      1400    Amt        25,000.00



EXHIBIT B

**Potomac Associates LLC**
P O Box 160
Aynor, SC 29511

Anderson Brothers Bank
67-674/532

1376

4/11/2017

PAY TO THE ORDER OF: Rita Singleton         $ **25,000.00

Twenty-Five Thousand and 00/100************************************************ DOLLARS

Rita Singleton

MEMO  1st Installment - Lexington and ~~Saddlebrook~~ buyout

⑈001376⑈ ⑆053206741⑆ 650011901⑈



Seq: 52
Batch: 761087
Date: 05/03/17

Seq:00052 05/03/17
BAT:761087 CC:8758085103
WT:01  TPS:Jacksonville
 Galactic DC FL8-460

ENDR
X Rita Smith

DO NOT WRITE STAPLE OR SIGN BELOW THIS LINE



EXHIBIT
2