# 2011 LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L06000002274

**Entity Name:** NEXGEN FRAMING SYSTEM LLC

**FILED**
**Feb 22, 2011**
**Secretary of State**

**Current Principal Place of Business:**

445 STAN DRIVE
SUITE 1
WEST MELBOURNE, FL  32904    US

**New Principal Place of Business:**

**Current Mailing Address:**

445 STAN DRIVE
SUITE 1
WEST MELBOURNE, FL  32904    US

**New Mailing Address:**

FEI Number: 20-4732531        FEI Number Applied For ( )        FEI Number Not Applicable ( )        Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

SINGLETON, CLIFTON
445 STAN DRIVE
SUITE 1
WEST MELBOURNE, FL  32904  US

**Name and Address of New Registered Agent:**

SINGLETON, ZONNIE
445 STAN DRIVE
SUITE 1
WEST MELBOURNE, FL  32904  US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:   ZONNIE SINGLETON                                                                      02/22/2011
                    Electronic Signature of Registered Agent                                              Date

**MANAGING MEMBERS/MANAGERS:**

| | |
|---|---|
| Title: | MGR |
| Name: | SINGLETON, CLIFTON |
| Address: | 445 STAN DRIVE, SUITE 1 |
| City-St-Zip: | MELBOURNE, FL  32904 US |

| | |
|---|---|
| Title: | MGRM |
| Name: | SINGLETON, ZONNIE C JR |
| Address: | 445 STAN DRIVE, SUITE 1 |
| City-St-Zip: | MELBOURNE, FL  32904 |

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE:   CLIFTON SINGLETON                                          MGR                        02/22/2011
               Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

EXHIBIT C