# 2012 LIMITED LIABILITY COMPANY ANNUAL REPORT

**FILED**
**Apr 09, 2012**
**Secretary of State**

## DOCUMENT# L06000002274

**Entity Name:** NEXGEN FRAMING SYSTEM LLC

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|

445 STAN DRIVE
SUITE 1
WEST MELBOURNE, FL  32904     US

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|

445 STAN DRIVE
SUITE 1
WEST MELBOURNE, FL  32904     US

**FEI Number:** 20-4732531     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|

SINGLETON, ZONNIE
445 STAN DRIVE
SUITE 1
WEST MELBOURNE, FL  32904  US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                        Date

## MANAGING MEMBERS/MANAGERS:

Title:          MGR
Name:          SINGLETON, CLIFTON
Address:      445 STAN DRIVE, SUITE 1
City-St-Zip:  MELBOURNE, FL  32904 US

Title:          MGRM
Name:          SINGLETON, RITA P
Address:      445 STAN DRIVE, SUITE 1
City-St-Zip:  MELBOURNE, FL  32904

Title:          MGRM
Name:          TROLL, CHRISTIAN
Address:      445 STAND DRIVE, SUITE 1
City-St-Zip:  MELBOURNE, FL  32904

Title:          MGR
Name:          LUCE, DAVID
Address:      445 STAN DRIVE, SUITE 1
City-St-Zip:  MELBOURNE, FL  32904 US

Title:          MGR
Name:          BEAUCHAMP, ROY
Address:      445 STAN DRIVE, SUITE 1
City-St-Zip:  MELBOURNE, FL  32904 US

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE:  RITA P. SINGLETON                                MGRM                04/09/2012

Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

EXHIBIT D