IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA

Z. CLIFF SINGLETON,

    Plaintiff,

v.                                      CASE NO. 05-2002-CA-8851

ALLIANT CAPITAL, LTD., et al.

    Defendants.

_____/

## AFFIDAVIT OF CLAIMANT NEXGEN FRAMING SOLUTIONS LLC IN RESPONSE TO NOTICE TO APPEAR

BEFORE ME, the undersigned authority, appeared John David Luce ("Luce"), who, after being first duly sworn, deposes and states, under penalty of perjury:

1.    I was the Manager of the Claimant, NEXGEN FRAMING SOLUTIONS LLC ("NexGen Framing Solutions I").

2.    NexGen Framing Solutions I was served with a Notice to Appear on January 15, 2019.

3.    NexGen Framing Solutions I, which was administratively dissolved prior to July 24, 2018, does not own and is not entitled to possession of patent number 9,624,666, issued April 18, 2017, for a structural insulated panel framing system, and related intellectual property (collectively, the "Patent"). NextGen Framing Solutions, LLC (NexGen Framing Solutions II) which was formed on July 24, 2018, succeeded to all rights and interests of NexGen Framing Solutions I.

EXHIBIT F

    4.       The Patent should not be applied to satisfy the judgment because:

        a.       The intellectual property covered by the Patent at issue was developed by NexGen Framing System LLC, a company in which Luce held a fifty percent (50%) membership interest and substantially funded in or about November 6, 2010.  One of the primary purposes of the funding was to finance the development of the intellectual property, and the filing of the patent applications.  Luce agreed to provide funding to the company on the condition that all the intellectual property would be held and developed within NexGen Framing System LLC.  In consideration for his funding, NexGen Framing System LLC collaterally assigned and granted a security interest in the intellectual property of the company to Luce, including any patent developed, as security for Luce's loan;

        b.       NexGen Framing Solutions I, succeeded by NexGen Framing Solutions II, was created to hold title to the intellectual property for operational risk management purposes related to the business activities of NexGen Framing System LLC, and the intellectual property (including the Patent) has been transferred to NexGen Framing Solutions II.  Today, NexGen Framing Solutions II holds title to the Patent, subject to the security interest securing Luce's loan to NexGen Framing System LLC; and

        c.       To my knowledge, Z. Clifford Singleton ("Singleton") has never held an interest in NexGen Framing System LLC, and he has not held an interest in NexGen Framing Solutions I, or NexGen Framing Solutions II.  Singleton was, at the time of the execution of the agreement between Luce and NexGen Framing System LLC, an employee of NexGen Framing System LLC, and has remained an employee through the present.

    5.       As further defenses, NexGen Framing Solutions I states:

a. The Patent was developed, transferred, and is held today by NexGen Framing Solutions II through a funding transaction in which Luce provided reasonable and adequate consideration, in good faith, and certainly not with the intent to hinder, delay, or defraud any creditor;

b. Any transfer of the Patent occurred beyond the applicable statutes of limitation; and

c. Luce holds a superior security interest in the Patent which cannot be subordinated to any claim by the Judgment Creditors.

6. NexGen Framing Solutions I requests a non-jury trial on all issues so triable.

AFFIANT SAYS NOTHING FURTHER.

Dated: February 12, 2019.

Signature of Affiant
John David Luce, as Manager
of NEXGEN FRAMING SOLUTIONS LLC

STATE OF Florida
COUNTY OF Palm Beach

Sworn to or affirmed and signed before me on this 15th day of February, 2019 by John David Luce, who is personally known to me or who has produced Florida Drivers License as identification and who did take an oath.



MARIE HEITZMAN
Notary Public - State of Florida
Commission # FF 235819
My Comm. Expires May 31, 2019

NOTARY PUBLIC, STATE OF FLORIDA
(Print, Type or Stamp Commissioned Name or Notary Public)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 15, 2019, a copy of the foregoing has been furnished via electronic mail to all counsel of record.

*s/ Tucker H. Byrd*
**Tucker H. Byrd**
Florida Bar No. 381632
**Scottie N. McPherson**
Florida Bar No. 085137
**Julia M. Wischmeier**
Florida Bar No. 1011604
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: SMcPherson@ByrdCampbell.com
Primary Email: JWischmeier@ByrdCampbell.com
Secondary Email: DWinters@ByrdCampbell.com
*Attorneys for Claimant, NexGen Framing Solutions LLC*
