IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA

Z. CLIFF SINGLETON,

     Plaintiff,

v.                                  CASE NO. 05-2002-CA-8851

ALLIANT CAPITAL, LTD., et al.

     Defendants.

_____/

## AFFIDAVIT OF CLAIMANT NEXGEN FRAMING SYSTEM LLC IN RESPONSE TO NOTICE TO APPEAR

BEFORE ME, the undersigned authority, appeared John David Luce ("Luce"), who, after being first duly sworn, deposes and states, under penalty of perjury:

1.     I am a Manager of the Claimant, NEXGEN FRAMING SYSTEM LLC ("NexGen Framing System").

2.     NexGen Framing System was served with a Notice to Appear on January 15, 2019.

3.     NexGen Framing System does not own and is not entitled to possession of patent number 9,624,666, issued April 18, 2017, for a structural insulated panel framing system, and related intellectual property (collectively, the "Patent").

4.     The Patent and any related license should not be applied to satisfy the judgment because:

     a.     The intellectual property covered by the Patent at issue was developed by NexGen Framing System, a company in which Luce held a fifty percent (50%) membership interest and substantially funded in or about November 6, 2010. One of the primary purposes of the funding was to finance the development of the intellectual property, and the filing of the patent applications. Luce agreed to provide funding to the company on the condition that all the

intellectual property would be held and developed within NexGen Framing System.    In consideration for his funding, NexGen Framing System collaterally assigned and granted a security interest in the intellectual property of the company to Luce, including any patent developed, as security for Luce's loan;

        b.      NexGen Framing Solutions LLC ("NexGen Framing Solutions I"), which was administratively dissolved before July 24, 2018, and succeeded by NexGen Framing Solutions, LLC ("NexGen Framing Solutions II"), was created to hold title to the intellectual property for operational risk management purposes related to the business activities of NexGen Framing System, and the intellectual property (including the Patent) has been transferred to NexGen Framing Solutions II.    Today, NexGen Framing Solutions II holds title to the Patent, subject to the security interest securing Luce's loan to NexGen Framing System; and

        c.      To my knowledge, Z. Clifford Singleton ("Singleton") has never held an interest in NexGen Framing System, and he has not held an interest in NexGen Framing Solutions I, or NexGen Framing Solutions II.    Singleton was, at the time of the execution of the agreement between Luce and NexGen Framing System, an employee of NexGen Framing System, and has remained an employee through the present.

5.      As further defenses, NexGen Framing System states:

        a.      The Patent was developed, transferred, and is held today by NexGen Framing Solutions II through a funding transaction in which Luce provided reasonable and adequate consideration, in good faith, and certainly not with the intent to hinder, delay, or defraud any creditor;

        b.      Any transfer of the Patent occurred beyond the applicable statutes of limitation; and

        c.      Luce holds a superior security interest in the Patent which cannot be subordinated to any claim by the Judgment Creditors.

6.      NexGen Framing System requests a non-jury trial on all issues so triable.

**\<Notarized Signature on Following Page\>**

AFFIANT SAYS NOTHING FURTHER.

Dated: February 12, 2019.

_____
Signature of Affiant
John David Luce, as Manager
of NEXGEN FRAMING SYSTEM LLC

STATE OF Florida

COUNTY OF Palm Beach

Sworn to or affirmed and signed before me on this 15th day of February , 2019

by John David Luce, who is personally known to me or who has produced

 Florida Drivers License as identification and who did take an oath.

> MARIE HEITZMAN
> Notary Public - State of Florida
> Commission # FF 235819
> My Comm. Expires May 31, 2019

_____
NOTARY PUBLIC, STATE OF FLORIDA
(Print, Type or Stamp Commissioned Name or
Notary Public)

**<Certificate of Service on Following Page>**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 15, 2019, a copy of the foregoing has been furnished via electronic mail to all counsel of record.

*s/ Tucker H. Byrd*

**Tucker H. Byrd**
Florida Bar No. 381632
**Scottie N. McPherson**
Florida Bar No. 085137
**Julia M. Wischmeier**
Florida Bar No. 1011604
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile:  (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: SMcPherson@ByrdCampbell.com
Primary Email: JWischmeier@ByrdCampbell.com
Secondary Email: DWinters@ByrdCampbell.com
*Attorneys for Claimant, NexGen Framing System LLC*