| ☰ ▾ | Search for people, jobs, companies, and more… | 🔍 | Advanced | 💬1 | ⚑ | +👤 | 👤 |

Home | Profile | My Network | Learning | Jobs | Interests | Business Services | Try Premium for free

Attorney Needed ASAP - Crucial need for local attorney in your area. View new cases today. | Read More » | Ad



### Z. Cliff Singleton
CEO

Melbourne, Florida | Construction

Previous    NexGen Framing System, LLC

3rd

[ Send Z. Cliff InMail ]

**500+**
connections

https://www.linkedin.com/in/z-cliff-singleton-a79b0244

**Background**

 Experience

**Managing Member**
NexGen Framing System, LLC
2008 – 2011 (3 years)

 Skills

Top Skills

| 62 | Construction |
| 51 | Contract Negotiation |
| 50 | Construction Management |
| 28 | Green Building |
| 26 | Contractors |
| 22 | Renovation |
| 20 | Contract Management |
| 12 | Strategic Planning |
| 11 | Value Engineering |
| 6  | Residential Homes |



Z. Cliff also knows about...

Limited Time Offer: Earn up to 100,000 points.

       
You

**Plus get 50% points back on flights. Terms Apply.**

[ Learn More ]

Ad

**People Also Viewed**


**Christine (Tina) Hurst**
TaylorMorrison Homes


**Leslie Mercado**
President Infinity Concrete and Masonry LLC


**John Riddle, CGP, LEED AP BD & C**
Vice President, Business Development Manager at Turning Leaf Construction

**Damar Dore**
Regional Field service manager at DOI/BIA


**Bryan Schley**
Structural Designer at Mead P.C.

**Abdulsalam Abdulhameed**

✕

    

**Home** | **Profile** | **My Network** | **Learning** | **Jobs** | **Interests** | **Business Services** | **Try Premium for free**

| 4 | Project Estimation | 3 | Pre-construction | 3 | Project Management | 3 | Budgets |
| 3 | Sales Management | 2 | Business Development | 2 | Public Speaking | | See 22+ |

**Recommendations**                                                                 Given (1)

**Maribeth Rizzuto**
Director Education and Sustainable Construction

" Maribeth is a great person and I learned a lot from her when she visited our manfacturing plant in Texas.

I hope to one day work with her again

August 15, 2013, Z. Cliff was with another company when working with Maribeth at Steel Framing Alliance

**Charles Rechtenbach**
Structural CAD Designer at KEAST & HOOD - Strutural Engineers

**steven shrewsbury**
Senior Structural Designer at Bechtel

**Zabihullah Yusufi**
Civil Structural Engineer (CAD Designer & 3D Artist))

**How You're Connected**

You

Ron Frazier

Ron can introduce you to someone who knows Z. Cliff ▸



Z. Cliff Singleton

**In Common with Z. Cliff**



4

Skills & Expertise

| Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | **Upgrade Your Account** |

LinkedIn Corporation © 2016 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback

✕